UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HAMILTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. SON,<br><br>　　　　Defendant. | No. 2:19-cv-2210 JAM AC P<br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a request for the "rules of the court regarding ADR referrals." ECF No. 17.

　　　This action was referred to alternative dispute resolution (ADR) as part of the Post-Screening ADR Project. ECF No. 16. There are no Local Rules specific to the Post-Screening ADR Project, and the information regarding participation is contained in the July 2, 2021 Order referring this case to ADR.

　　　Accordingly, IT IS HEREBY ORDERED that the motion for the rules related to ADR referrals, ECF No. 17, is DENIED.

DATED: July 19, 2021

　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE