1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID HAMILTON,                        No.  2:19-cv-2210 JAM AC P

12              Plaintiff,

13        v.                                 ORDER

14    M. SON,

15              Defendant.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed a request for the court to provide him

18    with copies of "FRP 408 and F.R.P 403" because he has not been able to physically go to the law

19    library to make copies and conduct research.  ECF No. 27.

20        Within the Federal Rules of Civil Procedure there are no rules 408 or 403.  Assuming that

21    plaintiff is requesting copies of rules from the Federal Rules of Evidence, the court does not

22    provide copies without payment of the appropriate fee,[1] regardless of whether a party is

23    proceeding in forma pauperis.

24    ////

25    ////

26    ////

27

28    _____

[1]  The Clerk's Office provides copies of documents at $0.50 per page.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for copies, ECF No. 27, is DENIED.

DATED: November 19, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE