UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HAMILTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. SON,<br><br>　　　　Defendant. | No. 2:19-cv-2210 JAM AC P<br><br><br>ORDER |

Plaintiff has requested a twenty-eight-day extension of time to file an opposition to defendant's motion for summary judgment. The current deadline is April 25, 2022. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 34) is granted.

2. Plaintiff has until May 23, 2022, to file an opposition to the motion for summary judgment.

DATED: April 13, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE