UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HAMILTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. SON,<br><br>　　　　　Defendant. | No. 2:19-cv-2210 JAM AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 1, 2022, defendant filed a motion for summary judgment that indicated a notice of the requirements for opposing a motion for summary judgment had been attached as required by Rand v. Rowland, 154 F.3d 952 (9th Cir. 1998) (en banc), and by order of this court. ECF No. 33. Defendant has now filed an amended notice stating that it has come to counsel's attention that the notice was not attached, as indicated, and providing the proper notice. ECF No. 36. In order to ensure that plaintiff is afforded the benefit of the belated notice, he shall be granted an additional twenty-one days to respond to the motion for summary judgment. The current deadline is May 23, 2022.

////
////
////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff shall have an additional twenty-one days, up to June 13, 2022, to file his response to defendant's motion for summary judgment.

DATED: May 10, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE