UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HAMILTON, | No. 2:19-cv-2210 DAD AC P |
| Plaintiff, | |
| v. | ORDER |
| M. SON, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed a notice of his intent to appeal the order granting defendant's motion for summary judgment. ECF No. 52.  He states that he received the October 13, 2023 order referring this matter back to the undersigned and is awaiting the court's response to file his notice of appeal.  Id.

By order filed July 31, 2023, the district judge adopted the findings and recommendations recommending that defendant's motion for summary judgment be granted.  ECF No. 45.  The case was closed and judgment was entered for defendant.  ECF Nos. 45, 46.  Plaintiff proceeded to file a motion for reconsideration (ECF No. 49), which was denied by order filed October 16, 2023 (ECF No. 50).  In addition to denying the motion for reconsideration, the district judge referred this case back to the undersigned for disposition of defendant's bill of costs.  ECF No. 50.  Costs were taxed on October 26, 2023.  ECF No. 51.  There is nothing further pending before this court and plaintiff's notice will therefore be construed as a notice of appeal.

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's notice (ECF No. 52) is construed as a notice of appeal and the Clerk of the Court is directed to update the docket accordingly.

DATED: November 21, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE